UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON YANCEY,<br><br>          Plaintiff,<br><br>     v.<br><br>CCFI COMPANIES, LLC,<br><br>          Defendant. | No. 2:24-cv-02187-DAD-JDP<br><br>ORDER RELATING AND CONSOLIDATING CASES |
| JOVON YANCEY,<br><br>          Plaintiff,<br><br>     v.<br><br>CCFI COMPANIES, LLC,<br><br>          Defendant. | No. 2:24-cv-02358-TLN-AC |

Plaintiff Jovon Yancey proceeds with counsel in the above-captioned actions, alleging wage and hour violations.

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

/////

1

Moreover, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause."  *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

Here, the court finds that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings.  Thus, good cause exists to consolidate these cases.

Accordingly,

1. The above-referenced cases shall be consolidated for all purposes, including trial, pursuant to Federal Rule of Civil Procedure 42(a);
2. The Clerk of the Court is directed to file this order in each of the above-referenced cases;
3. The Clerk of the Court is directed to reassign case 2:24-cv-02358-TLN-AC to District Judge Dale A. Drozd and Magistrate Judge Jeremy D. Peterson;
4. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number.  The Clerk of the Court is directed to administratively close the member case.  Future captions should indicate the lead case number followed by the member case numbers as follows:

    **Lead Case:**     **2:24-cv-02187-DAD-JDP**
    **Member Case:**   **2:24-cv-02358-DAD-JDP**

IT IS SO ORDERED.

Dated:   **November 14, 2024**              /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE