UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON YANCEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CCFI COMPANIES, LLC,<br><br>    Defendant. | No. 2:24-cv-02187-DAD-JDP<br><br><br>ORDER RELATING AND REASSIGNING CASES |
| CANDICE WADE,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMUNITY CHOICE FINANCIAL, et al.,<br><br>    Defendants. | No. 2:25-cv-00622-TLN-DMC<br><br>**New Case No. 2:25-cv-00622-DAD-JDP** |
| MARILYN MAGDALENO,<br><br>    Plaintiff,<br><br>  v.<br><br>CCFI COMPANIES, LLC,<br><br>    Defendant. | No. 2:25-cv-00914-cv-DAD-SCR<br><br>**New Case No. 2:25-cv-914-DAD-JDP** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the

1

same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 2:25-cv-00622-TLN-DMC is reassigned to the undersigned and Magistrate Judge Jeremy D. Peterson. The caption on documents filed in the reassigned case shall be shown as: 2:25-cv-00622-DAD-JDP. Additionally, the court orders that Case No. 2:25-cv-00914-DAD-SCR is reassigned to the undersigned and Magistrate Judge Jeremy D. Peterson. The caption on documents filed in the reassigned case shall be shown as: 2:25-cv-00914-DAD-JDP. It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

In its notice of related cases filed in *Yancey v. CCFI Cos.*, 2:24-cv-02187-DAD-JDP (E.D. Cal.), defendant CCFI Companies, LLC also requests that the court reassign the action in *Lovette v. CCFI Cos.*, 3:23-cv-03755-JSC (N.D. Cal.) to the undersigned. (Doc. No. 30 at 2, 4–6.) Defendant does not provide any authority for its position that Local Rule 123 somehow permits the court to relate and reassign an action pending in the United States District Court for the Northern District of California.[1] The court denies defendant's request in this regard.

IT IS SO ORDERED.

Dated: **July 22, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] Even if Local Rule 123 were somehow applicable here, the court notes that the *Lovette* action is lower-numbered than any of the cases pending in the Eastern District. *See* L.R. 123(c) (authorizing action by "the Judge to whom the action with the lower or lowest number has been assigned").

2